UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:13-MJ-1027-1

| | |
|---|---|
| **United States Of America** ) | |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| **Miles Powell** ) | |

On April 10, 2013, Miles Powell appeared before the Honorable William A. Webb, U.S. Magistrate Judge in the Eastern District of North Carolina, and pled guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138-1, Driving While Impaired - Level 1. He was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on May 30, 2013, the court finds as a fact that Miles Powell, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to abstain from the use of alcohol.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 3 months.

**IT IS FURTHER ORDERED** that the $2,000 fine originally imposed be stricken and the $25 special assessment is due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 30th day of May, 2013.

_____
James E. Gates
United States Magistrate Judge